| | |
|---|---|
| 1 | SHANNON R. BOYCE, Bar No. 229041 |
| 2 | sboyce@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 2049 Century Park East<br>5th Floor |
| 4 | Los Angeles, CA  90067.3107<br>Telephone: 310.553.0308 |
| 5 | Facsimile:  310.553.5583 |
| 6 | Attorneys for Defendant<br>BROOKDALE EMPLOYEE SERVICES, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGOTH SIGUENZA, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company; PHILIPPE DIDIER, an individual; and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No.  2:20-cv-04204<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**DECLARATION OF SHANNON R. BOYCE IN SUPPORT OF DEFENDANT BROOKDALE EMPLOYEE SERVICES, LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>**[28 U.S.C. § 1332, 1441, 1446]**<br><br>Complaint Filed: April 9, 2020 (Los Angeles County Superior Court)<br><br>Trial Date:         Not Set |

# DECLARATION OF SHANNON R. BOYCE

I, Shannon R. Boyce, hereby declare and state as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, attorneys for Defendant Brookdale Employee Services, LLC ("Defendant") in the above-entitled matter. I am duly licensed to practice law in the State of California and am one of the attorneys responsible for representing Defendant in this action. I have personal knowledge of the following facts, and if called to testify, could and would competently testify thereto. I make this declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court under 28 U.S.C. sections 1332, 1441, and 1446.

2. On April 9, 2020, Plaintiff filed an unverified Complaint for Damages in the Superior Court for the State of California, County of Los Angeles, captioned: *MARGOTH SIGUENZA, an individual v. BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company; PHILIPPE DIDIER, an individual; and DOES 1 through 20, inclusive,* County of Los Angeles, Case Number 20STCV13898 (hereinafter, the "Complaint"). Plaintiff's Complaint asserts nineteen purported causes of action for: (1) discrimination in violation of Gov't Code §§ 12940, *et seq.*; (2) harassment in violation of Gov't Code §§ 12940, *et seq.*; (3) retaliation in violation of Gov't Code §§ 12940, *et seq.*; (4) failure to prevent discrimination, harassment, and retaliation in violation of Gov't Code § 12940(k); (5) failure to provide reasonable accommodations in violation of Gov't Code §§ 12940, *et seq.*; (6) failure to engage in a good faith interactive process in violation of Gov't Code §§ 12940, *et seq.*; (7) retaliation in violation of Gov't Code §§ 12945.2, *et seq.*; (8) for declaratory judgment; (9) wrongful termination in violation of public policy; (10) denial of and discrimination based upon the use of sick leave (Labor Code §§ 233, 234, and 246.5); (11) retaliation (Labor Code § 98.6); (12) retaliation for disclosing violations of law (Labor Code §§ 1102.5, 1102.6); (13) defamation; (14) failure to pay wages (Cal. Labor Code §§ 201, 1182.12, 1194, 1194.2); (15) failure to provide meal and rest periods

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

(Lab. Code §§ 226.7, 512); (16) failure to provide itemized wage statements (Cal. Labor Code §§ 226, *et seq*.); (17) Waiting Time Penalties (Cal. Labor Code §§ 201-203); (18) Private Attorney Generals Act; and (19) Unfair Competition (Cal. Bus. & Prof. Code §§ 17200, *et seq*.).

3. On April 10, 2020, Plaintiff served Defendant Brookdale Employee Services, LLC with a copy of the Complaint, a Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Notice of Case Assignment, First Amended General Order, Voluntary Efficient Litigation Stipulations, and the Alternative Dispute Resolution (ADR) Information Package. A true and correct copy of the Complaint and the accompanying documents served on Defendant Brookdale Employee Services, LLC is attached hereto as **Exhibit A.**

4. On April 13, 2020, Plaintiff filed a proof of personal service. A true and correct copy of the proof of service filed by Plaintiff is attached hereto as **Exhibit B**.

5. On April 27, 2020, the Los Angeles Superior Court issued a Notice of Case Management Conference. A true and correct copy of the Notice of Case Management Conference is attached hereto as **Exhibit C**.

6. On May 7, 2020, Defendant filed an Answer to Plaintiff's Complaint with the Los Angeles Superior Court. A true and correct copy of Defendant's Answer is attached hereto as at **Exhibit D**.

7. On May 8, 2020, Defendant filed a peremptory challenge pursuant to California Code of Civil Procedure section 170.6. Consistent with the Los Angeles County Superior Court's COVID-19 guidance, the peremptory challenge was filed via the drop box at the Stanley Mosk courthouse. No conformed copy has been returned as of the date of this filing. The Declaration of Shannon Boyce in Support of Defendant's Motion for Peremptory Disqualification was accepted for efiling. Attached as **Exhibit E** is a true and correct copy of Defendant's Motion for Peremptory Disqualification and Declaration of Shannon Boyce in support thereof.

8. The documents attached hereto as **Exhibits A** through **E** constitute all

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

process, pleadings, or orders related to this case that were filed and/or served upon Defendant or filed or received in the State Court Action. To Defendant's knowledge, no further process, pleadings or orders related to this case have been filed in Placer County Superior Court. The attachments thereby satisfy the requirements of 28 U.S.C. § 1446.

9. Following the filing of Defendant's Notice of Removal in the United States District Court for the Central District of California, Western Division, I will arrange for notice of such filing to be given to Plaintiff's counsel of record, and for a copy of the Notice of Removal to be filed with the Clerk of the Los Angeles County Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:   May 8, 2020

/s/ *Shannon R. Boyce*
SHANNON R. BOYCE

4853-1014-4444.1 051918.1368