# Exhibit B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Kaveh Elihu, 268249<br>Employee Justice Legal Group<br>3055 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA 90010<br>TELEPHONE NO.: (213) 382-2222<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

PLAINTIFF/PETITIONER: Margoth Siguenza, an individual
DEFENDANT/RESPONDENT: Brookdale Employee Services, LLC., et al.

CASE NUMBER: 20STCV13898

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 3047

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:
Complaint, Civil Case Cover Sheet, Summons on Complaint, Notice, Notice of E-Filing Confirmation, Notice of Case Assignment - Unlimited Civil Case

3. a. Party served: BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company
   b. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 04/10/2020 (2) at (time): 1:15PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company
   under: Other: Limited Liability Company

7. **Person who served papers**
   a. Name: Tyler Anthony DiMaria
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 2006-06
          (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 04/10/2020

Tyler Anthony DiMaria
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 14632525