# Exhibit E

| | |
|---|---|
| 1 | SHANNON R. BOYCE, Bar No. 229041 |
| | sboyce@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East |
| 3 | 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 4 | Telephone:   310.553.0308 |
| | Fax No.:      310.553.5583 |
| 5 | |
| | Attorneys for Defendant |
| 6 | BROOKDALE EMPLOYEE SERVICES, LLC |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MARGOTH SIGUENZA, an individual, | Case No.  20STCV13898 |
| Plaintiff, | **DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION** |
| v. | **[Code of Civil Procedure § 170.6]** |
| BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company; PHILIPPE DIDIER, an individual; and DOES 1 through 20, inclusive, | ASSIGNED FOR ALL PURPOSES TO JUDGE ROBERT DRAPER, DEPT. 78 |
| Defendant. | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION

**TO THE PRESIDING JUDGE OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, PLAINTIFF, AND HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Defendant BROOKDALE EMPLOYEE SERVICES, LLC ("Defendant") hereby moves that this case, which involves contested issues of law and/or fact, and which has been assigned to the Honorable Robert Draper for all purposes, be reassigned from the Honorable Robert Draper and that no matters hereinafter arising in this case be heard by or assigned to the Honorable Robert Draper on the grounds that said Judge is prejudiced against Defendant or the interests of Defendant in this action, such that Defendant believes that it cannot have a fair and impartial trial before said Judge.

Defendant's motion is timely, as it has been filed contemporaneously with its first appearance and before commencement of trial, and Defendant has not previously made a peremptory challenge to a judge in this action; thus, this request is properly granted. *See* Cal. Civ. Proc. Code § 170.6(a)(2); *Stephens v. Super. Ct.*, 96 Cal. App. 4th 54, 59 (2002) ("If a peremptory challenge motion in proper form is timely filed under section 170.6, the court must accept it without further inquiry."); *see also Davcon, Inc. v. Roberts & Morgan*, 110 Cal. App. 4th 1355, 1360-1362 (2003) (finding peremptory challenge effective "without any further act or proof" when accepted by the judge).

This motion is based upon the matters contained herein, section 170.6 of the California Code of Civil Procedure, and the supporting Declaration of Shannon R. Boyce, filed and served concurrently herewith.

WHEREFORE, Defendant respectfully requests that this Court grant the relief requested by this Motion.

Dated:    May 7, 2020

/s/

_____
SHANNON R. BOYCE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BROOKDALE EMPLOYEE SERVICES, LLC

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

**DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is: 2049 Century Park East, Suite 500, Los Angeles, CA 90067. On **May 7, 2020**, I served the foregoing document(s) described as

**DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION**

on the interested parties in this as follows:

| | |
|---|---|
| **Kaveh S. Elihu**<br>**EMPLOYEE JUSTICE LEGAL GROUP, PC**<br>**3055 Wilshire Blvd., Suite 1120**<br>**Los Angeles, CA 90010**<br>**T:      213.382.2222**<br>**F:      213.382.2230** | *Attorneys for Plaintiff*<br><br>kelihu@ejlglaw.com |

☑ **VIA ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is mgerard@littler.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **May 7, 2020** at Los Angeles, California.

Mary Ann Gerard                                   [Signature]

4817-5820-8955.1 051918.1368

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3.

**DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION**

| | |
|---|---|
| 1 | SHANNON R. BOYCE, Bar No. 229041 |
|   | sboyce@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 2049 Century Park East |
| 3 | 5th Floor |
|   | Los Angeles, CA  90067.3107 |
| 4 | Telephone:   310.553.0308 |
|   | Fax No.:        310.553.5583 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | BROOKDALE EMPLOYEE SERVICES, LLC |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MARGOTH SIGUENZA, an individual, | Case No.  20STCV13898 |
| Plaintiff, | **DECLARATION OF SHANNON R. BOYCE IN SUPPORT OF DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION** |
| v. | |
| BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company; PHILIPPE DIDIER, an individual; and DOES 1 through 20, inclusive, | **[Code of Civil Procedure § 170.6]** |
|  | ASSIGNED FOR ALL PURPOSES TO JUDGE ROBERT DRAPER, DEPT. 78 |
| Defendant. | Complaint Filed:  April 9, 2020 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

BOYCE DECLARATION ISO DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION

**DECLARATION OF SHANNON R. BOYCE**

I, SHANNON R. BOYCE, declare as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant BROOKDALE EMPLOYEE SERVICES, LLC ("Defendant") in the above-entitled action. I make this Declaration in support of Defendant's Motion for Peremptory Disqualification. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify thereto.

2. On April 9, 2020, Plaintiff filed her Complaint against Defendant.

3. The above-entitled case has been assigned to the Honorable Robert Draper in Department 78 of the above-entitled Court.

4. I am informed and believe that the Honorable Robert Draper, the judge assigned for all purposes to this case, is prejudiced against the interests of Defendant and its counsel such that Defendant and I do not believe Defendant can have a fair and impartial trial before said judge.

5. Defendant appeared in this action by filing an Answer to Plaintiff's Complaint on May 7, 2020.

6. Defendant's Motion for Peremptory Disqualification is timely in that Defendant filed this Motion within 15 days of Defendant's first appearance in this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of May, 2020 in Los Angeles, California.

_____
SHANNON R. BOYCE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.

BOYCE DECLARATION ISO DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is: 2049 Century Park East, Suite 500, Los Angeles, CA 90067. On **May 7, 2020**, I served the foregoing document(s) described as

**DECLARATION OF SHANNON S. BOYCE IN SUPPORT OF DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION**

on the interested parties in this as follows:

| | |
|---|---|
| **Kaveh S. Elihu**<br>**EMPLOYEE JUSTICE LEGAL GROUP, PC**<br>**3055 Wilshire Blvd., Suite 1120**<br>**Los Angeles, CA 90010**<br>**T:   213.382.2222**<br>**F:   213.382.2230** | *Attorneys for Plaintiff*<br><br>kelihu@ejlglaw.com |

☑  **VIA ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is mgerard@littler.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **May 7, 2020** at Los Angeles, California.

Mary Ann Gerard                    [Signature]

4814-0837-7787.1 051918.1368

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3.

BOYCE DECLARATION ISO DEFENDANT'S MOTION FOR PEREMPTORY DISQUALIFICATION