SHANNON R. BOYCE, Bar No. 229041
sboyce@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
BROOKDALE EMPLOYEE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGOTH SIGUENZA, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>BROOKDALE EMPLOYEE SERVICES, LLC, a Delaware limited liability company; PHILIPPE DIDIER, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No.  2:20-cv-04204<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**DECLARATION OF PHILIPPE DIDIER IN SUPPORT OF DEFENDANT BROOKDALE EMPLOYEE SERVICES, LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>**[28 U.S.C. § 1332, 1441, 1446]**<br><br>Complaint Filed: April 9, 2020 (Los Angeles County Superior Court)<br><br>Trial Date:        Not Set |

I, Philippe Didier, declare as follows:

1. I make this declaration in support of Defendant's Notice To Federal Court Of Removal Of Civil Action From State Court Pursuant To 28 U.S.C. Sections 1332, 1441, and 1446. I am over the age of 18 and all of the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I was employed by Brookdale Employee Services, LLC as the Executive Chef/Director of Dining Services at Brookdale Ocean House from approximately November 2016 to May 2019.

3. In May 2019, I resigned my employment and made the decision to relocate to the Boise, Idaho area.

4. I continue to reside in the Boise, Idaho area, and have for approximately the last year. I have not resided in California since approximately May 2019.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 5th day of May 2020, at Boise, Idaho.

PHILIPPE DIDIER

4823-0818-2715.1 051938.1368